**EXHIBIT B**



**Contracts Library**

Records found: **3**

Search Date: 12/16/2009

**SEARCH CRITERIA**
Company: remy

Sorted on: Expiration

Contracts Detail 1 of 3

| Company Information | Union Information |
|---|---|
| Delco Remy America | UAW 662 |
| **Company Rep:** Dir/Hr | **Union Rep:** John Messer, Intl Rep |
| 2903 Enterprise Drive | 2715 S Rangeline Road |
| Anderson, IN  46013 | Anderson, IN  46017 |
| - - | **Bargaining Unit Size:** 350 |
| **Affected Location:** | **Exp. Date:** 3/31/2002 |
| Anderson, IN  46011 | **FMCS Report Period:** January 2003 |
| **Product:** Starters/Generators | |